Walter O'Cheskey
Chapter 13 Trustee
(806) 748-1980  Phone
(806) 748-1956  Fax

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

IN RE:

STEPHEN LAWRENCE LAROCHE

CASE NO: 11-70050-HDH-13
HEARING DATE:  2/12/2014
HEARING TIME:   10:30 AM

## TRUSTEE'S MOTION TO DISMISS

NOW COMES Walter O'Cheskey, Chapter 13 Trustee, and files this Trustee's Motion to Dismiss in accordance with 11 U.S.C. 1307(c), Rule 9014, Rule 1017(f)(1), and General Order 2010-01 and would respectively show unto to the Court as follows:

Debtor is in material default of the most recent confirmed plan or modified plan per 11 U.S.C. 1307(c). The most recent confirmed plan or modified plan required the Debtor(s) to pay $311.00 per month beginning 3/19/2011. The total amount paid to the Trustee is $10,191.00 and the total amount in arrears is $281.00 through December 2013.

Certified funds must be delivered to the following address to cure this default:

**Standing Chapter 13 Trustee**
**PO Box 94210**
**Lubbock, TX 79493**

Debtor has failed to provide the following tax information to the Trustee:

2012 Tax Return per Order Compelling filed November 22, 2013.

WHEREFORE, the Trustee prays that this Chapter 13 case be dismissed per 11 U.S.C. 1307(c).

Respectfully submitted,

/s/ Walter O'Cheskey
_____
Walter O'Cheskey
Chapter 13 Trustee

IMPORTANT NOTICE

A HEARING WILL BE HELD 2/12/2014 AT 10:30 AM AT THE FOLLOWING ADDRESS:

VIDEO:  US COURTHOUSE ROOM 208, 10TH & LAMAR STREETS, WICHITA FALLS, TEXAS 76301

A PRE-HEARING CONFERENCE WITH THE TRUSTEE SHALL BE HELD AT:
US COURTHOUSE ROOM 208, 10TH & LAMAR STREETS, WICHITA FALLS, TEXAS 76301
AT 8:30am.  ALL PARTIES ARE REQUIRED TO ATTEND THE PREHEARING CONFERENCE.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion to Dismiss was this date served on the following parties electronically or at the addresses listed below by U.S. First Class mail:

STEPHEN LAWRENCE LAROCHE 310 CREST DRIVE  JEFFERSON CITY MO 65109

LINEBARGER GOGGAN BLAIR & SAMPSON 2323 BRYAN STREET SUITE 1600  DALLAS TX 75201

HIGIER, ALLEN, & LAUTIN PC 5057 KELLER SPRINGS ROAD SUITE 600  ADDISON TX 75001

Date:     12/23/2013                                                         /s/ Walter O'Cheskey
                                                                             _____
                                                                             Walter O'Cheskey
                                                                             Chapter 13 Trustee